GERALD I. GILLOCK, ESQ.
Nevada Bar No. 0051
MICHAEL H. COGGESHALL, ESQ.
Nevada Bar No. 14502
DANIEL J. MCADOREY, ESQ.
Nevada Bar No. 15433
**GILLOCK & COGGESHALL**
428 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 386-0000
Facsimile: (702) 385-2604
gillock@gmk-law.com
mcoggeshall@gmk-law.com
dmcadorey@gmk-law.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| L.R., a Minor, by and through CRYSTAL PETERS, Individually and as Natural parent and Guardian of L.R., <br><br> Plaintiffs, <br><br> vs. <br><br> AMAZON.COM SERVICES, LLC a Delaware corporation; DOE Individuals 1-20, ROE Companies 1-20, <br><br> Defendants. | CASE NO. 2:24-cv-01360-JCM-DJA <br><br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled cause of action may be dismissed with prejudice, each of the parties to pay their own costs and attorney's fees herein incurred.

IT IS FURTHER STIPULATED by and between the parties that a Scheduling Order has not been received.

GILLOCK & COGGESHALL
428 South 4th Street
Las Vegas, Nevada 89101

1

*L.R., a Minor, et al vs. Amazon.Com Services LLC*
*Case No. 2:24-cv-01360*

IT IS FURTHER STIPULATED by and between the parties that no Request for Trial Setting has been filed with the Court in the above-entitled action, nor has this matter been set for trial.

Respectfully Submitted on this 23rd day of December, 2024.

| GILLOCK & COGGESHALL | KAEMPFER CROWELL |
|---|---|
| By:___*/s/ Gerald I. Gillock*___ | By:___*/s/ Raleigh C. Thompson*___ |
| GERALD I. GILLOCK, ESQ. | RALEIGH C. THOMPSON |
| Nevada Bar No. 51 | Nevada Bar No. 11296 |
| MICHAEL H. COGGESHALL, ESQ. | RYAN M. LOWER |
| Nevada Bar No. 14502 | Nevada Bar No. 9108 |
| DANIEL J. MCADOREY, ESQ. | 1980 Festival Plaza Drive, Suite 650 |
| Nevada Bar No. 15433 | Las Vegas, Nevada 89135 |
| 428 South 4th Street | *Attorneys for Defendant* |
| Las Vegas, NV 89101 | *Amazon.com Services LLC* |
| *Attorneys for Plaintiffs* | |

*GILLOCK & COGGESHALL*
*428 South 4th Street*
*Las Vegas, Nevada 89101*

*L.R., a Minor, et al vs. Amazon.Com Services LLC*
*Case No. 2:24-cv-01360*

     **IT IS SO ORDERED** that Defendant Amazon.Com Services, LLC be dismissed with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

     DATED December 27, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**GILLOCK & COGGESHALL**


By:   */s/ Gerald I. Gillock*
     GERALD I. GILLOCK, ESQ.
     Nevada Bar No. 51
     MICHAEL H. COGGESHALL, ESQ.
     Nevada Bar No. 14502
     DANIEL J. MCADOREY, ESQ.
     Nevada Bar No. 15433
     428 South 4th Street
     Las Vegas, NV 89101
     *Attorneys for Plaintiffs*